UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARCHBROOK LAGUNA, LLC : <br><br> Plaintiff, : <br><br> -vs- : <br><br> NEW AGE ELECTRONICS, INC., SED : <br> INTERNATIONAL, INC. ADAM : <br> CARROLL, CHARLES MARSH, : <br> MARSHALL MIZELL and LEE PERLMAN: <br><br> Defendants. : | Civil Action No. 08-1421 (KSH)(MAS) <br><br> ORDER |

**THIS MATTER** having been opened to the Court on the Motion of ArchBrook Laguna, LLC ("ArchBrook") by counsel, Nicoll Davis & Spinella LLP, for entry of an Order for Limited Expedited Discovery, after reviewing the papers submitted, and for good cause having been shown,

IT IS on this _11th_ day of _April_, 2008

**ORDERED THAT:**

ArchBrook's Motion for an Order for Limited Expedited Discovery is hereby **DENIED**.

SO ORDERED.

_____
**HONORABLE MICHAEL A. SHIPP**
**UNITED STATES MAGISTRATE JUDGE**