UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARCHBROOK LAGUNA, LLC<br><br>Plaintiff,<br><br>-vs-<br><br>NEW AGE ELECTRONICS, INC., SED INTERNATIONAL, INC. ADAM CARROLL, CHARLES MARSH, MARSHALL MIZELL and LEE PERLMAN<br><br>Defendants. | Civil Action No. 08-1421 (KSH)(MAS)<br><br>ORDER |

**THIS MATTER** having been opened to the Court on the Motion of ArchBrook Laguna, LLC ("ArchBrook") by counsel, Nicoll Davis & Spinella LLP, for entry of an Order to Show Cause for Expedited Discovery and Interim Discovery Confidentiality Order, after reviewing the papers submitted, and for good cause having been shown,

IT IS on this _11th_ day of _April_, 2008

**ORDERED THAT:**

ArchBrook's Motion for an Order to Show Cause for Expedited Discovery and Interim Discovery Confidentiality Order is hereby **DENIED**.

SO ORDERED.

_____
HONORABLE MICHAEL A. SHIPP
UNITED STATES MAGISTRATE JUDGE