UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARCHBROOK LAGUNA LLC,<br><br>      *Plaintiff,*<br>v.<br><br>NEW AGE ELECTRONICS, INC.;<br>ADAM CARROLL;<br>MARSHALL MIZELL;<br>LEE PERLMAN;<br>CHARLES MARSH;<br>STEVEN G. HALL;<br>ROBERT G. BRAZIER,<br><br>      *Defendants*. | Civil Action No. 08-1421 (KSH)<br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

For the reasons stated in the Opinion filed herewith, and good cause appearing,

**It is** on this 28th day of August, 2009, hereby

**ORDERED** that the order entered by Magistrate Judge Michael A. Shipp, dated April 16, 2009 [D.E. # 177], is **AFFIRMED**; and it is further

**ORDERED** that the Clerk of the Court shall terminate the appeals appearing at docket entries 183 and 184 accordingly; and it is further

**ORDERED** that the appeals appearing at docket entries 220 and 221 are **terminated as moot**; and it is further

**ORDERED** that defendants Marsh, Hall, and Brazier shall properly renew their requests to Judge Shipp to file dispositive motions pursuant to Rule 12; and it is further

**ORDERED** that the deadline to file an answer as to Marsh, Hall, and Brazier shall be **suspended** until a time to be set by Judge Shipp.

/s/  Katharine S. Hayden

Hon. Katharine S. Hayden
United States District Judge