UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ARCHBROOK LAGUNA LLC,

        *Plaintiff,*

v.

NEW AGE ELECTRONICS, INC.; ADAM CARROLL; MARSHALL MIZELL; LEE PERLMAN; CHARLES MARSH; STEVEN G. HALL; ROBERT G. BRAZIER,

        *Defendants.*

Civil Action No. 08-1421 (KSH)

**ORDER**

**KATHARINE S. HAYDEN, U.S.D.J.**

    This matter having come before the Court by way of a motion by plaintiff Archbrook Laguna LLC ("Archbrook") for reconsideration of the Court's May 4, 2010 order dismissing with prejudice Archbrook's claims against defendants Steven G. Hall and Robert G. Brazier [D.E. 318], or, in the alternative, for certification of the order as a final judgment [D.E. 325]; and the Court having considered the parties' arguments and written submissions; and for the reasons stated in the Court's Opinion filed herewith,

    **IT IS** on this 21st day of December, 2010,

    **ORDERED** that Archbrook's motion [D.E. 325] is **denied**, both as to its request for reconsideration of the order and as to its request for certification of the order as final.

                /s/ Katharine S. Hayden

December 21, 2010                Katharine S. Hayden, USDJ